No. 148. SICA *v.* CALIFORNIA. District Court of Appeal of California, Second Appellate District. Certiorari denied. *Russell E. Parsons* for petitioner. ■

No. 164. GOLDBAUM ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Irvin Goldstein* for petitioners. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, Meyer Rothwacks* and *Joseph M. Howard* for the United States. ■

No. 73. FELLER *v.* BROWNELL, ATTORNEY GENERAL, SUCCESSOR TO THE ALIEN PROPERTY CUSTODIAN. C. A. 3d Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Daniel S. Ring, Thomas N. Griggs* and *Harry S. Barger* for petitioner. *Acting Solicitor General Davis, Assistant Attorney General Townsend, James D. Hill* and *George B. Searls* for respondent. ■

No. 99. NATIONAL MACHINE WORKS, INC. ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. *Donald O. Lincoln* for petitioners. *Acting Solicitor General Davis, Assistant Attorney General Burger, Samuel D. Slade* and *Cornelius J. Peck* for the United States. ■

No. 84. NETZER *v.* NORTHERN PACIFIC RAILWAY Co. Supreme Court of Minnesota. Motion for leave to file brief of Brotherhood of Railroad Trainmen, as *amicus curiae,* denied. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that the mo-